# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY GONZALEZ,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social security,,<br><br>　　　　Defendant. | Case No: 5:17-CV-01696-AS<br><br>**[PROPOSED] JUDGMENT** |

　　Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

　　IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: April 16, 2018　　　　　　　／ s ／
　　　　　　　　　　　　　　THE HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　United States Magistrate Judge